Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: JOHNSON, TIGE C. | § Case No. 14-44008 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 09, 2014.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of                    $         9,615.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 22.89 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 9,592.11 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/28/2015 and the deadline for filing governmental claims was 06/07/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,711.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,711.50, for a total compensation of $1,711.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $20.61, for total expenses of $20.61.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/14/2017          By: /s/Ira Bodenstein
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-44008  
**Case Name:** JOHNSON, TIGE C.  

**Period Ending:** 03/14/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 12/09/14 (f)  
**§341(a) Meeting Date:** 01/23/15  
**Claims Bar Date:** 07/28/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 208 West Washington Street, Unit 1704, Chicago,<br>Orig. Description: 208 West Washington Street, Unit 1704, Chicago, IL, Condominium, title held Jointly with divorced, former spouse, Yvonne Corina Johnson, Quit, Claimed to former spouse with the Deed held to, escrow pending refinance by former spouse, pursuant to Judgment for Dissolution of Marriage, dated Dec. 4, 2012, Case # 12 D 04126, Circuit Court, of Cook County.; Imported from original petition Doc# 1; Exemption: 29 South LaSalle, Suite 220, Chicago, IL - Amount: 800.00 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | 950 West Erie Street, Unit 302, Chicago, IL., Co<br>Orig. Description: 950 West Erie Street, Unit 302, Chicago, IL., Condominium, title held Jointly with divorced, former spouse, Yvonne Corina Johnson, Quit, Claimed to former spouse with the Deed held to, escrow pending refinance by former spouse, pursuant to Judgment for Dissolution of Marriage, dated Dec. 4, 2012, Case # 12 D 04126, Circuit Court, of Cook County.; Imported from original petition Doc# 1 | 0.00 | 1.00 | | 0.00 | FA |
| 3 | Misc. Cash on Hand<br>Orig. Description: Misc. Cash on Hand Location: 1904 North Western Avenue Unit #3,, Chicago IL 60647; Imported from original petition Doc# 1; Exemption: Misc. Cash on Hand Location: 1904 North Western  Avenue Unit #3, Chicago  IL 60647  - Amount: 700.00 | 700.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account JP Morgan Chase The account has<br>Orig. Description: Checking Account JP Morgan Chase The account has a negative balance of ($6,859,762.82) due to Judgment Creditor's lien/hold on account.; Imported from original petition Doc# 1 | 0.00 | 1.00 | | 0.00 | FA |
| 5 | Misc. Household Goods and Furnishings<br>Orig. Description: Misc. Household Goods and Furnishings Location: 1904 North Western Avenue Unit #3,, Chicago IL 60647; Imported from original petition Doc# 1; Exemption: Misc. Household Goods | 2,100.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-44008  
**Case Name:** JOHNSON, TIGE C.  

**Period Ending:** 03/14/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 12/09/14 (f)  
**§341(a) Meeting Date:** 01/23/15  
**Claims Bar Date:** 07/28/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | and Furnishings Location: 1904 North Western Avenue Unit #3, Chicago IL 60647 - Amount: 2100.00 | | | | |
| 6 | Misc. Necessary Wearing Apparel<br>Orig. Description: Misc. Necessary Wearing Apparel Location: 1904 North Western Avenue Unit #3,, Chicago IL 60647; Imported from original petition Doc# 1; Exemption: Misc. Necessary Wearing Apparel Location: 1904 North Western Avenue Unit #3, Chicago IL 60647 - Amount: 2200.00 | 2,200.00 | 0.00 | | 0.00 | FA |
| 7 | Bodicelli Holdings, LLC<br>Orig. Description: Bodicelli Holdings, LLC; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Johnson Law, LLC, Law Firm 29 South LaSalle, Sui<br>Orig. Description: Johnson Law, LLC, Law Firm 29 South LaSalle, Suite 220, Chicago, IL; Imported from original petition Doc# 1; Exemption: Johnson Law, LLC, Law Firm - Amount: 1200.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | OON Ventures, LLC, Restaurant See related Bankru<br>Orig. Description: OON Ventures, LLC, Restaurant See related Bankruptcy Case Filings; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Vandalay Homes, LLC, Development Company<br>Orig. Description: Vandalay Homes, LLC, Development Company; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Manssiere Holdings, LLC d/b/a Credo Partners, LL<br>Orig. Description: Manssiere Holdings, LLC d/b/a Credo Partners, LLC, General Contractor; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Cordoba Ventures, LLC, Single purpose developmen<br>Orig. Description: Cordoba Ventures, LLC, Single purpose development company (for development of seventy-two (72) townhouses at "CityScape" Villiage of University Park, IL); Imported from original petition | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-44008  
**Case Name:** JOHNSON, TIGE C.

**Period Ending:** 03/14/17

**Trustee:** (330129)  Ira Bodenstein  
**Filed (f) or Converted (c):** 12/09/14 (f)  
**§341(a) Meeting Date:** 01/23/15  
**Claims Bar Date:** 07/28/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 1 | | | | | |
| 13 | Malpractice Claim, Cordoba Ventures etal VS. Joh<br>Orig. Description: Malpractice Claim, Cordoba Ventures etal VS. John D. Malarkey and Swanson Martin & Bell, LLP. 2013 L 7696, Cicuit Court of Cook County, Law Division, Case pending, Debtor's; Imported from original petition Doc# 1 | 0.00 | 15,000.00 | | 9,615.00 | FA |
| 14 | 2002 Mercedes ML 500, 183,000 miles Co-owned wit<br>Orig. Description: 2002 Mercedes ML 500, 183,000 miles Co-owned with, Sandra Johnson and Stephanie Crosby, Total Trade In Value of: $3,975.00, divided by 3. Location: 1904 North Western Avenue Unit #3,, Chicago IL 60647; Imported from original petition Doc# 1; Exemption: 2002 Mercedes ML 500, 183,000 miles Co-owned  with, Sandra  Johnson and Stephanie Crosby,  Total Trade In Value of: $3,975.00, divided by 3. Location: 1904 North Western  Avenue Unit #3, Chicago  IL 60647  -  Amount: 1325.00 | 1,325.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets**  Totals (Excluding unknown values) | **$8,325.00** | **$15,002.00** | | **$9,615.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    3/31/2016 - Awaiting outcome of litigation

    4/20/2015- Special counsel retained 4/1/2015 to pursue legal ma;practice claim  
        Awaiting outcome

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015     **Current Projected Date Of Final Report (TFR):**   December 31, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 14-44008 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | JOHNSON, TIGE C. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6666 - Checking Account |
| Taxpayer ID #: | **-***4065 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/14/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/17 | {13} | Collins Bargione and Vuckovich | Net proceeds of Malpractice Settlement Order Approving entered 9/27/16~Dkt # 51. | 1149-000 | 9,615.00 | | 9,615.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,605.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.89 | 9,592.11 |
| | | | ACCOUNT TOTALS | | 9,615.00 | 22.89 | $9,592.11 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 9,615.00 | 22.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $9,615.00 | $22.89 | |

Net Receipts :    9,615.00

Net Estate :    $9,615.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6666** | 9,615.00 | 22.89 | 9,592.11 |
| | $9,615.00 | $22.89 | $9,592.11 |

{} Asset reference(s)

Printed: 03/14/2017 09:59 AM    V.13.28

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 28, 2015

**Case Number:** 14-44008
**Debtor Name:** JOHNSON, TIGE C.

Page: 1

**Date:** March 14, 2017
**Time:** 09:59:17 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $20.61 | $0.00 | 20.61 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,711.50 | $0.00 | 1,711.50 |
| 1<br>610 | Inland Real Estate Advisors, Inc<br>c/o Elliot B. Kamenear<br>2901 Butterfield Road<br>Oak Brook, IL 60523 | Unsecured | | $131,195.00 | $0.00 | 131,195.00 |
| 2<br>610 | KeyBank N.A.<br>c/o Weltman, Weinberg & Reis Co<br>323 W Lakeside Avenue, Suite 200<br>Cleveland, OH 44113 | Unsecured | XXXXXXXXXXXXX0008 | $361.68 | $0.00 | 361.68 |
| 3 -2<br>610 | BMO Harris Bank N.A. f/k/a Harris N.A.<br>c/o James P. Sullivan, Chapman and Cutler<br>111 West Monroe Street<br>Chicago, IL 60603 | Unsecured | XX XX 2725 | $4,988,842.48 | $0.00 | 4,988,842.48 |
| NOTFILED<br>610 | ADT Security<br>3190 S Vaughn Way<br>Aurora, CO 80014 | Unsecured | XXXX8241 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Aes/keybank Usa<br>Po Box 2461<br>Harrisburg, PA 17105 | Unsecured | XXXXXXXXXXXXX0002 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Aes/keybank Usa<br>Po Box 2461<br>Harrisburg, PA 17105 | Unsecured | XXXXXXXXXXXXX0003 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Aes/keybank Usa<br>Po Box 2461<br>Harrisburg, PA 17105 | Unsecured | XXXXXXXXXXXXX0006 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Aes/keybank Usa<br>Po Box 2461<br>Harrisburg, PA 17105 | Unsecured | XXXXXXXXXXXXX0007 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Aes/keybank Usa<br>Po Box 2461<br>Harrisburg, PA 17105 | Unsecured | XXXXXXXXXXXXX0001 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | AES/Keycorp Aes/Ddb<br>Po Box 8183<br>Harrisburg, PA 17105 | Unsecured | XXXXXXXXXXXXX0004 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | AES/Keycorp Aes/Ddb<br>Po Box 8183<br>Harrisburg, PA 17105 | Unsecured | XXXXXXXXXXXXX0005 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Alexandra Hirsh<br>1400 North State Parkway<br>Unit 6A<br>Chicago, IL 60610 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 28, 2015

**Case Number:** 14-44008
**Debtor Name:** JOHNSON, TIGE C.

Page: 2

**Date:** March 14, 2017
**Time:** 09:59:17 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | Unsecured | XXXXXXXXXXXXX4142 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | Unsecured | XXXXXXXXXXXXX8441 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | Unsecured | XXXXXXXXXXXXX5011 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | American Financial Man<br>3715 N Ventura Dr<br>Arlington Heights, IL 60004 | Unsecured | XXX6954 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Anderson Pest Solutions<br>501 W. Lake St.<br>Suite 204<br>Elmhurst, IL 60126 | Unsecured | XX1268 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Arbitrage, LLC<br>306 Island Circle<br>Sarasota, FL 34242 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Arbitrage, LLC Promissory Note<br>306 Island Cirlce<br>Sarasota, FL 34242 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Ariel Supply<br>PO Box 407<br>Minooka, IL 60447 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bank of America<br>Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062 | Unsecured | XXXX9860 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Unsecured | XXXXXXXXXXXX1975 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Unsecured | XXXXXXXXXXX8962 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bk Of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063 | Unsecured | XXXXXXXXX4152 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bk Of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063 | Unsecured | XXXXXXXXX2843 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 28, 2015

**Case Number:** 14-44008
**Debtor Name:** JOHNSON, TIGE C.

Page: 3

**Date:** March 14, 2017
**Time:** 09:59:17 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Brad Zenner C/O Z Construction of Illinois, LLC<br>2113 Park Lane<br>Highland Park, IL 60035 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>Po Box 24696<br>Columbus, OH 43224 | Unsecured | XXXXXXXXX7953 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>Po Box 24696<br>Columbus, OH 43224 | Unsecured | XXXXXXXXX2377 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX4746 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>Po Box 24696<br>Columbus, OH 43224 | Unsecured | XXXXXXXX1574 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>Po Box 24696<br>Columbus, OH 43224 | Unsecured | XXXXXXXX1925 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cheryl Baczyk<br>MC2 Electric<br>4 Pickwick Road<br>Arlington Heights, IL 60005 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | CHEW, LLC<br>3251 North Clifton Avenue<br>Unit 3<br>Chicago, IL 60657 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chicago Commercial Cleaning Co, LLC<br>1040 W. Adams<br>Suite 406<br>Chicago, IL 60607 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chicago Game & Gourmet<br>700 West Root St.<br>Chicago, IL 60609 | Unsecured | XON01 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citimortgage Inc<br>Po Box 9438<br>Gaithersburg, MD 20898 | Unsecured | XXXXXX0458 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comcast<br>PO Box 3002<br>Southeastern, PA 19398 | Unsecured | XXXXXXXXXXXXX1823 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | ComEd<br>PO Box 6111<br>Carol Stream, IL 60197 | Unsecured | XXXXXX0043 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 28, 2015

**Case Number:** 14-44008  
**Debtor Name:** JOHNSON, TIGE C.

Page: 4

**Date:** March 14, 2017  
**Time:** 09:59:17 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | D'Artagnan Inc. PO Box 1928 Newark, NJ 07101 | Unsecured | OON RICH | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Dark Matter Coffee 738 N. Western Ave. Chicago, IL 60612 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | DArtagnan Inc. C/O Kearns, Brinen and Monaghan 20 East Division Street Dover, DE 19901 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Dell Financial Services Dell Financial Services Attn: Bankrupcty Po Box 81577 Austin, TX 78708 | Unsecured | XXXXXXXXXXXXXXX7473 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Eco Lab 370 Wabasha St. St. Paul Saint Paul, MN 55102 | Unsecured | XXXX3364 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Edward Don & Company 9801 Adam Don Pkwy Woodridge, IL 60517 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Empire Cooler Service 940 W. Chicago Av Chicago, IL 60642 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Eos Cca Po Box 981008 Boston, MA 02298 | Unsecured | XXX0968 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | EOS CCA 700 Longwarer Drive Norwell, MA 02061 | Unsecured | XXX0968 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Euro USA Chicago 4430 Tripp Ave. Chicago, IL 60632 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Ford Motor Credit Corporation Ford Motor Credit Po Box 6275 Dearborn, MI 48121 | Unsecured | XXXX8917 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fortune Fish PO Box 203 Bedford Park, IL 60499 | Unsecured | XXNC10 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Franklin Collection Services, Inc. P.O. Box 3910 Tupelo, MS 38803 | Unsecured | XXXXX5679 | $0.00 | $0.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 28, 2015

**Case Number:** 14-44008  
**Debtor Name:** JOHNSON, TIGE C.

Page: 5

**Date:** March 14, 2017  
**Time:** 09:59:17 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Fremont Investment & Loan<br>Attn: Bankruptcy<br>Po Box 24738<br>West Palm Beach, FL 33416 | Unsecured | XXXXXX0991 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fremont Investment & Loan<br>Attn: Bankruptcy<br>Po Box 24738<br>West Palm Beach, FL 33416 | Unsecured | XXXXXX0913 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Genesis Growers<br>8373 E. 3000 S. Rd.<br>Saint Anne, IL 60964 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1<br>770 N Water Street<br>Milwaukee, WI 53202 | Unsecured | XXXXXX5949 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; Po Box 64378<br>St. Paul, MN 55164 | Unsecured | XXXXXXX5001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Jaffe & Jaffe, LLC c/o Alexandra Hirsh<br>1400 North State Parkway, Unit 6A<br>Chicago, IL 60610 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Jamco Creative, Inc. | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Larry Bachner C/O Nimco Corp.<br>1000 Nimco Drive<br>Crystal Lake, IL 60014 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Marek Styka<br>MC2 Electric<br>1522 Brittany Court<br>Darien, IL 60561 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Martin & Karcases, Ltd.<br>161 North Clark Street<br>Suite 550<br>Chicago, IL 60601 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Mathew Eversman<br>3251 North Clifton Avenue<br>Unit 3<br>Chicago, IL 60657 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Maverick Wine Co.<br>1011 N. Elis Ave.<br>Bensenville, IL 60106 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Michael Friman<br>1240 Anthony Lane<br>Deerfield, IL 60015 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 28, 2015

**Case Number:** 14-44008
**Debtor Name:** JOHNSON, TIGE C.

Page: 6

**Date:** March 14, 2017
**Time:** 09:59:17 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Mickey's Linen/Towel Supply<br>4601 W. Addison St.<br>Chicago, IL 60641 | Unsecured | 5937 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Monterrey Ventures, LLC c/o Micheal Friman<br>1240 Anthony Lane<br>Deerfield, IL 60015 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | North Community Bank, Successor to The First Commercial Bank<br>6945 North Clark Street<br>Chicago, IL 60626 | Unsecured | XXXX6294 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Northwestern Medical Faculty Foundation<br>26609 Network Place<br>Chicago, IL 60673 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Northwestern Medical Physicians Grp<br>26609 Network Place<br>Chicago, IL 60673 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Olympia Maintenance, Inc.<br>3025 Soffel<br>Melrose Park, IL 60160 | Unsecured | OONCHGO | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Parallel Architecture<br>1234 Sherman Ave., Suite 202<br>Evanston, IL 60202 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | People's Gas<br>Po Box 19100 Green Bay<br>Green Bay, WI 54307 | Unsecured | XXXXXXXXX4264 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Peoples Gas<br>Attention: Bankruptcy Department<br>130 E. Randolph 17th Floor<br>Chicago, IL 60601 | Unsecured | XXXXXXXXX9644 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Robert Scarola<br>30 East Elm Street<br>Unit 10E<br>Chicago, IL 60611 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Root Stock Wine Co.<br>5999 Butterfield Rd.<br>Hillside, IL 60162 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Scarola Consulting Marketing Communications-Media Relations<br>47 W. Division St. #254<br>Chicago, IL 60610 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Schain Banks<br>70 W. Madison Street<br>Suite 5300<br>Chicago, IL 60602 | Unsecured | | $0.00 | $0.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 28, 2015

**Case Number:** 14-44008
**Debtor Name:** JOHNSON, TIGE C.

Page: 7

**Date:** March 14, 2017
**Time:** 09:59:17 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Sharon Meyers-Communication<br>1123 Hull Terrace<br>Evanston, IL 60202 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Slm Financial Corp<br>11100 Usa Pkwy<br>Fishers, IN 46037 | Unsecured | XXXXXXXXXXXXXXXXXX0903 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Slm Financial Corp<br>11100 Usa Pkwy<br>Fishers, IN 46037 | Unsecured | XXXXXXXXXXXXXXXXXX0903 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Stellar Rec<br>4500 Salisbury Rd Ste 10<br>Jacksonville, FL 32216 | Unsecured | XXX6720 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Syncb/banana Rep<br>Po Box 965005<br>Orlando, FL 32896 | Unsecured | XXXXXXXX4410 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Syncb/gap<br>Po Box 965005<br>Orlando, FL 32896 | Unsecured | XXXXXXXX1182 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Testa Produce Inc.<br>4555 S. Racine Ave.<br>Chicago, IL 60609 | Unsecured | X0460 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | TGMG<br>1827 East Hopi Lane<br>Mount Prospect, IL 60056 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | The PrivateBank & Trust Co.<br>920 South Waukegan Road<br>Lake Forest, IL 60045 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Waste Management<br>2625 W. Grandview Road<br>Phoenix, AZ 85023 | Unsecured | XXX-XXXXXXX-X991-1 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wilshire Credit Corp/Bank of America Bank of America N.A.<br>450 American St<br>Simi Valley, CA 93065 | Unsecured | XX7419 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wilshire Credit Corp/Bank of America Bank of America N.A.<br>450 American St<br>Simi Valley, CA 93065 | Unsecured | XX7417 | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 5,122,131.27 | 0.00 | 5,122,131.27 |

**TRUSTEE'S PROPOSED DISTRIBUTION**    Exhibit D

Case No.: 14-44008
Case Name: JOHNSON, TIGE C.
Trustee Name: Ira Bodenstein

**Balance on hand:**    $    9,592.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    9,592.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,711.50 | 0.00 | 1,711.50 |
| Trustee, Expenses - Ira Bodenstein | 20.61 | 0.00 | 20.61 |

Total to be paid for chapter 7 administration expenses:    $    1,732.11
Remaining balance:    $    7,860.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    7,860.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $    0.00
Remaining balance:    $    7,860.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 5,120,399.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Inland Real Estate Advisors, Inc | 131,195.00 | 0.00 | 201.39 |
| 2 | KeyBank N.A. | 361.68 | 0.00 | 0.56 |
| 3 -2 | BMO Harris Bank N.A. f/k/a Harris N.A. | 4,988,842.48 | 0.00 | 7,658.05 |
| | Total to be paid for timely general unsecured claims: | | $ | 7,860.00 |
| | Remaining balance: | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |
| | Total to be paid for subordinated claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**