Ira Bodenstein  
Shaw Fishman  
321 N. Clark St., Ste. 800  
Chicago, IL 60654  
(312) 666-2861  
Chapter 7 Trustee

The Honorable: Deborah L. Thorne  
Chapter 7

Hearing Date: 05/09/2017  
Hearing Time: 10:00 am

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: JOHNSON, TIGE C. | § § § | Case No. 14-44008 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and has also filed a final fee application, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and the application for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street  
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application and any objection to the Final Report will be held at 10:00 am on 05/09/2017 in Courtroom 613 United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 04/12/2017            By:    Ira Bodenstein
                                          Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | DEBORAH L. THORNE |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL 60654 | Hearing Date: | / / |
| (312) 666-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: JOHNSON, TIGE C. &sect; Case No. 14-44008
&sect;
&sect;
Debtor(s) &sect;

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $ 9,615.00

*and approved disbursements of*   $ 22.89

*leaving a balance on hand of* [1]   $ 9,592.11

**Balance on hand:**   $ 9,592.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 9,592.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,711.50 | 0.00 | 1,711.50 |
| Trustee, Expenses - Ira Bodenstein | 20.61 | 0.00 | 20.61 |

Total to be paid for chapter 7 administration expenses:   $ 1,732.11
Remaining balance:   $ 7,860.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,860.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,860.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,120,399.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Inland Real Estate Advisors, Inc | 131,195.00 | 0.00 | 201.39 |
| 2 | KeyBank N.A. | 361.68 | 0.00 | 0.56 |
| 3 -2 | BMO Harris Bank N.A. f/k/a Harris N.A. | 4,988,842.48 | 0.00 | 7,658.05 |

Total to be paid for timely general unsecured claims: $ 7,860.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-44008-DLT
Tige C. Johnson                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: rgreen              Page 1 of 1              Date Rcvd: Apr 12, 2017
                               Form ID: pdf006           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2017.
db         +Tige C. Johnson,    1904 North Western Avenue,    Unit #3,   Chicago, IL 60647-4332
aty        +Adrian Vuckovich,    Collins Bargione & Vuckovich,    One North LaSalle Street,   Suite 300,
             Chicago, IL 60602-3946
23537745   +BMO Harris Bank N.A. f/k/a Harris N.A.,    c/o James P. Sullivan,    Chapman and Cutler LLP,
             111 West Monroe Street,   Chicago Illinois 60603-4080
23349615   +Inland Real Estate Brokerage & Auctions, Inc. (n/k,    Address: Elliot B. Kamenear,
             c/o Inland Real Estate Advisors, Inc.,   2901 Butterfield Road,    Oak Brook, IL 60523-1106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23533707   +E-mail/Text: BKRMailOps@weltman.com Apr 13 2017 00:21:33      KeyBank N.A.,
             c/o Weltman, Weinberg & Reis Co,   323 W Lakeside Avenue,   Suite 200,
             Cleveland, OH 44113-1009
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2017 at the address(es) listed below:
          Andrew J Nelson    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           anelson@atty-pierce.com, northerndistrict@atty-pierce.com
          Ira Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
           cowens@shawfishman.com
          Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
          James Patrick Sullivan    on behalf of Creditor    BMO Harris Bank N.A. f/k/a Harris N.A.
           jsulliva@chapman.com
          Mark Adam Silverman    on behalf of Creditor    BMO Harris Bank N.A. f/k/a Harris N.A.
           msilverman@dykema.com, CSurovic@dykema.com
          Mia D D'Andrea    on behalf of Creditor    BMO Harris Bank N.A. f/k/a Harris N.A.
           dandrea@chapman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas R Hitchcock    on behalf of Debtor 1 Tige C. Johnson tom@tomhitchcock.com,
           support@tomhitchcock.com
          Toni  Townsend    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           toni.townsend@mccalla.com, northerndistrict@mccalla.com
                                                                                              TOTAL: 9