# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: JOHNSON, TIGE C.   § Case No. 14-44008
§
§
Debtor(s)   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $8,325.00           Assets Exempt: $8,325.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,859.44    Claims Discharged
                                              Without Payment: $6,165,130.81

Total Expenses of Administration: $1,755.00

3) Total gross receipts of $ 9,615.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.56 (see **Exhibit 2**), yielded net receipts of $9,614.44 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,755.00 | 1,755.00 | 1,755.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,608,387.09 | 5,120,399.16 | 5,120,399.16 | 7,859.44 |
| **TOTAL DISBURSEMENTS** | $5,608,387.09 | $5,122,154.16 | $5,122,154.16 | $9,614.44 |

4) This case was originally filed under Chapter 7 on December 09, 2014. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/09/2017           By: /s/Ira Bodenstein
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Malpractice Claim, Cordoba Ventures etal VS. Joh | 1149-000 | 9,615.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,615.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clerk of the Bankruptcy Court, Northern District of Illinois | Unclaimed funds deposit | 8500-002 | 0.56 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.56** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 1,711.50 | 1,711.50 | 1,711.50 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 20.61 | 20.61 | 20.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.89 | 12.89 | 12.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,755.00** | **$1,755.00** | **$1,755.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Inland Real Estate Advisors, Inc | 7100-000 | unknown | 131,195.00 | 131,195.00 | 201.39 |
| 2 | KeyBank N.A. | 7100-000 | 501.00 | 361.68 | 361.68 | 0.00 |
| 3 -2 | BMO Harris Bank N.A. f/k/a Harris N.A. | 7100-000 | 4,555,295.00 | 4,988,842.48 | 4,988,842.48 | 7,658.05 |
| NOTFILED | Martin & Karcases, Ltd. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Larry Bachner C/O Nimco Corp. | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Marek Styka | 7100-000 | 17,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mathew Eversman | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mickey's Linen/Towel Supply | 7100-000 | 1,086.06 | N/A | N/A | 0.00 |
| NOTFILED | Maverick Wine Co. | 7100-000 | 1,315.66 | N/A | N/A | 0.00 |
| NOTFILED | North Community Bank, Successor to The First | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jamco Creative, Inc. | 7100-000 | 3,332.54 | N/A | N/A | 0.00 |
| NOTFILED | Monterrey Ventures, LLC c/o Micheal Friman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Michael Friman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | IC System | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| NOTFILED | Fortune Fish | 7100-000 | 9,374.54 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Euro USA Chicago | 7100-000 | 6,204.86 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit Corporation Ford Motor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Franklin Collection Services, Inc. | 7100-000 | 194.00 | N/A | N/A | 0.00 |
| NOTFILED | Fremont Investment & Loan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fremont Investment & Loan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Medical Faculty Foundation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Genesis Growers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.a. Bmo Harris Bank - Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jaffe & Jaffe, LLC c/o Alexandra Hirsh | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Olympia Maintenance, Inc. | 7100-000 | 126.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/gap | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Stellar Rec | 7100-000 | 405.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/banana Rep | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Testa Produce Inc. | 7100-000 | 6,679.79 | N/A | N/A | 0.00 |
| NOTFILED | The PrivateBank & Trust Co. | 7100-000 | 17,270.00 | N/A | N/A | 0.00 |
| NOTFILED | TGMG | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wilshire Credit Corp/Bank of America Bank of America N.A. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 698.38 | N/A | N/A | 0.00 |
| NOTFILED | Wilshire Credit Corp/Bank of America Bank of America N.A. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Slm Financial Corp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Slm Financial Corp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | People's Gas | 7100-000 | 3,216.00 | N/A | N/A | 0.00 |
| NOTFILED | EOS CCA | 7100-000 | 194.02 | N/A | N/A | 0.00 |
| NOTFILED | Parallel Architecture | 7100-000 | 8,561.21 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Root Stock Wine Co. | 7100-000 | 367.24 | N/A | N/A | 0.00 |
| NOTFILED | Robert Scarola | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sharon Meyers-Communication | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Scarola Consulting Marketing Communications-Media | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Schain Banks | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Medical Physicians Grp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Eos Cca | 7100-000 | 194.00 | N/A | N/A | 0.00 |
| NOTFILED | American Financial Man | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | American Express | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Anderson Pest Solutions | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Arbitrage, LLC Promissory Note | 7100-000 | 22,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Arbitrage, LLC | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ariel Supply | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AES/Keycorp Aes/Ddb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexandra Hirsh | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ADT Security | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Aes/keybank Usa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aes/keybank Usa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aes/keybank Usa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AES/Keycorp Aes/Ddb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aes/keybank Usa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aes/keybank Usa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | D'Artagnan Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 803.89 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 698.81 | N/A | N/A | 0.00 |
| NOTFILED | Dark Matter Coffee | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services Dell Financial Services Attn: | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | DArtagnan Inc. C/O Kearns, Brinen and Monaghan | 7100-000 | 4,552.00 | N/A | N/A | 0.00 |
| NOTFILED | Empire Cooler Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Eco Lab | 7100-000 | 867.15 | N/A | N/A | 0.00 |
| NOTFILED | Edward Don & Company | 7100-000 | 5,904.68 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Commercial Cleaning Co, LLC | 7100-000 | 380.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Game & Gourmet | 7100-000 | 639.26 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 167,254.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Brad Zenner C/O Z Construction of Illinois, | 7100-000 | 300,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 7100-000 | 135,163.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 25,042.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 25,849.00 | N/A | N/A | 0.00 |
| NOTFILED | CHEW, LLC | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 21,623.00 | N/A | N/A | 0.00 |
| NOTFILED | Cheryl Baczyk | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $5,608,387.09 | $5,120,399.16 | $5,120,399.16 | $7,859.44 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-44008  
**Case Name:** JOHNSON, TIGE C.  

**Period Ending:** 09/09/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 12/09/14 (f)  
**§341(a) Meeting Date:** 01/23/15  
**Claims Bar Date:** 07/28/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 208 West Washington Street, Unit 1704, Chicago,<br>  Orig. Description: 208 West Washington Street, Unit 1704, Chicago, IL, Condominium, title held Jointly with divorced, former spouse, Yvonne Corina Johnson, Quit, Claimed to former spouse with the Deed held to, escrow pending refinance by former spouse, pursuant to Judgment for Dissolution of Marriage, dated Dec. 4, 2012, Case # 12 D 04126, Circuit Court, of Cook County.; Imported from original petition Doc# 1; Exemption: 29 South LaSalle, Suite 220, Chicago, IL  -  Amount: 800.00 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | 950 West Erie Street, Unit 302, Chicago, IL., Co<br>  Orig. Description: 950 West Erie Street, Unit 302, Chicago, IL., Condominium, title held Jointly with divorced, former spouse, Yvonne Corina Johnson, Quit, Claimed to former spouse with the Deed held to, escrow pending refinance by former spouse, pursuant to Judgment for Dissolution of Marriage, dated Dec. 4, 2012, Case # 12 D 04126, Circuit Court, of Cook County.; Imported from original petition Doc# 1 | 0.00 | 1.00 | | 0.00 | FA |
| 3 | Misc. Cash on Hand<br>  Orig. Description: Misc. Cash on Hand Location: 1904 North Western Avenue Unit #3,, Chicago IL 60647; Imported from original petition Doc# 1; Exemption: Misc. Cash on Hand Location: 1904 North Western  Avenue Unit #3, Chicago  IL 60647  -  Amount: 700.00 | 700.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account JP Morgan Chase The account has<br>  Orig. Description: Checking Account JP Morgan Chase The account has a negative balance of ($6,859,762.82) due to Judgment Creditor's lien/hold on account.; Imported from original petition Doc# 1 | 0.00 | 1.00 | | 0.00 | FA |
| 5 | Misc. Household Goods and Furnishings<br>  Orig. Description: Misc. Household Goods and Furnishings Location: 1904 North Western Avenue Unit #3,, Chicago IL 60647; Imported from original petition Doc# 1; Exemption: Misc. Household Goods | 2,100.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-44008  
**Case Name:** JOHNSON, TIGE C.

**Period Ending:** 09/09/17

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 12/09/14 (f)  
**§341(a) Meeting Date:** 01/23/15  
**Claims Bar Date:** 07/28/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| and Furnishings Location: 1904 North Western Avenue Unit #3, Chicago IL 60647 - Amount: 2100.00 | | | | | |
| 6 | Misc. Necessary Wearing Apparel<br>   Orig. Description: Misc. Necessary Wearing Apparel Location: 1904 North Western Avenue Unit #3,, Chicago IL 60647; Imported from original petition Doc# 1; Exemption: Misc. Necessary Wearing Apparel Location: 1904 North Western  Avenue Unit #3, Chicago  IL 60647  -  Amount: 2200.00 | 2,200.00 | 0.00 | | 0.00 | FA |
| 7 | Bodicelli Holdings, LLC<br>   Orig. Description: Bodicelli Holdings, LLC; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Johnson Law, LLC, Law Firm 29 South LaSalle, Sui<br>   Orig. Description: Johnson Law, LLC, Law Firm 29 South LaSalle, Suite 220, Chicago, IL; Imported from original petition Doc# 1; Exemption: Johnson Law, LLC, Law Firm  -  Amount: 1200.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | OON Ventures, LLC, Restaurant See related Bankru<br>   Orig. Description: OON Ventures, LLC, Restaurant See related Bankruptcy Case Filings; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Vandalay Homes, LLC, Development Company<br>   Orig. Description: Vandalay Homes, LLC, Development Company; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Manssiere Holdings, LLC d/b/a Credo Partners, LL<br>   Orig. Description: Manssiere Holdings, LLC d/b/a Credo Partners, LLC, General Contractor; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Cordoba Ventures, LLC, Single purpose developmen<br>   Orig. Description: Cordoba Ventures, LLC, Single purpose development company (for development of seventy-two (72) townhouses at "CityScape" Villiage of University Park, IL); Imported from original petition | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-44008  
**Case Name:** JOHNSON, TIGE C.

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 12/09/14 (f)  
**§341(a) Meeting Date:** 01/23/15

**Period Ending:** 09/09/17

**Claims Bar Date:** 07/28/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 1 | | | | | |
| 13 | Malpractice Claim, Cordoba Ventures etal VS. Joh<br>   Orig. Description: Malpractice Claim, Cordoba Ventures etal VS. John D. Malarkey and Swanson Martin & Bell, LLP. 2013 L 7696, Cicuit Court of Cook County, Law Division, Case pending, Debtor's; Imported from original petition Doc# 1 | 0.00 | 15,000.00 | | 9,615.00 | FA |
| 14 | 2002 Mercedes ML 500, 183,000 miles Co-owned wit<br>   Orig. Description: 2002 Mercedes ML 500, 183,000 miles Co-owned with, Sandra Johnson and Stephanie Crosby, Total Trade In Value of: $3,975.00, divided by 3. Location: 1904 North Western Avenue Unit #3,, Chicago IL 60647; Imported from original petition Doc# 1; Exemption: 2002 Mercedes ML 500, 183,000 miles Co-owned  with, Sandra  Johnson and Stephanie Crosby,  Total Trade In Value of: $3,975.00, divided by 3. Location: 1904 North Western  Avenue Unit #3, Chicago  IL 60647  -  Amount: 1325.00 | 1,325.00 | 0.00 | | 0.00 | FA |
| 14 | Assets   Totals (Excluding unknown values) | $8,325.00 | $15,002.00 | | $9,615.00 | $0.00 |

**Major Activities Affecting Case Closing:**

   4/11/2017-TFR hearing 5/9/2017

   3/31/2016 - Awaiting outcome of litigation

   4/20/2015- Special counsel retained 4/1/2015 to pursue legal ma;practice claim
            Awaiting outcome

**Initial Projected Date Of Final Report (TFR):**    December 31, 2015    **Current Projected Date Of Final Report (TFR):**    April 11, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-44008  
**Case Name:** JOHNSON, TIGE C.  

**Taxpayer ID #:** **-***4065  
**Period Ending:** 09/09/17  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/17 | {13} | Collins Bargione and Vuckovich | Net proceeds of Malpractice Settlement Order Approving entered 9/27/16~Dkt # 51. | 1149-000 | 9,615.00 | | 9,615.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,605.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.89 | 9,592.11 |
| 05/10/17 | 101 | Ira Bodenstein | Dividend paid 100.00% on $20.61, Trustee Expenses; Reference: | 2200-000 | | 20.61 | 9,571.50 |
| 05/10/17 | 102 | Ira Bodenstein | Dividend paid 100.00% on $1,711.50, Trustee Compensation; Reference: | 2100-000 | | 1,711.50 | 7,860.00 |
| 05/10/17 | 103 | Inland Real Estate Advisors, Inc | Dividend paid 0.15% on $131,195.00; Claim# 1; Filed: $131,195.00; Reference: | 7100-000 | | 201.39 | 7,658.61 |
| 05/10/17 | 104 | KeyBank N.A. | Dividend paid 0.15% on $361.68; Claim# 2; Filed: $361.68; Reference: XXXXXXXXXXXXX0008 Stopped on 07/06/17 | 7100-000 | | 0.56 | 7,658.05 |
| 05/10/17 | 105 | BMO Harris Bank N.A. f/k/a Harris N.A. | Dividend paid 0.15% on $4,988,842.48; Claim# 3 -2; Filed: $4,988,842.48; Reference: XX XX 2725 | 7100-000 | | 7,658.05 | 0.00 |
| 07/06/17 | 104 | KeyBank N.A. | Dividend paid 0.15% on $361.68; Claim# 2; Filed: $361.68; Reference: XXXXXXXXXXXXX0008 Stopped: check issued on 05/10/17 | 7100-000 | | -0.56 | 0.56 |
| 07/11/17 | 106 | Clerk of the Bankruptcy Court, Northern District of Illinois | Unclaimed funds deposit | 8500-002 | | 0.56 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 9,615.00 | 9,615.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 9,615.00 | 9,615.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9,615.00** | **$9,615.00** | |

Net Receipts : 9,615.00  
Less Other Noncompensable Items : 0.56  
Net Estate : $9,614.44  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6666** | 9,615.00 | 9,615.00 | 0.00 |
| | $9,615.00 | $9,615.00 | $0.00 |

{} Asset reference(s)

Printed: 09/09/2017 05:13 PM   V.13.30